CASE No. 807.

SCOTT v. CARPENTER.

The respondent is entitled to a dismissal of the appeal when the appellant fails to appear upon the call of the cause.

Motion to dismiss appeal. The case is sufficiently stated in the order of the court.

January 16th, 1880. The opinion was delivered

PER CURIAM. The appellants having failed to appear, the respondent moved for the dismissal of the appeal. Under Rule No. 11 of this court, the respondent is entitled to a dismissal of the appeal without argument when the appellant fails to appear upon the call of the cause.

The appeal must be dismissed.